# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

                                  Case No.: 8:10-bk-09504-CED

THE DISBROW CORPORATION

                                  Chapter 11

      Debtor.

_____/

## NOTICE OF WITHDRAWAL OF GENERAL ELECTRIC CAPITAL CORPORATION'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT AND OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

Secured Creditor, GENERAL ELECTRIC CAPITAL CORPORATION ("GE"), by and through its undersigned counsel, hereby withdraws its *Objection to Debtor's Disclosure Statement and Objection to Debtor's Plan of Reorganization* (Docket No. 100) as it has agreed to proposed plan terms as set forth in *Debtor's Third Amendment to Plan of Reorganization, Dated July 29, 2010* (Docket No. 130) and *Debtor's Amendment to Disclosure Statement, Dated July 29, 2010* (Docket No. 131).

                                              */s/Betty R. Fitterman*
                                              Rabian M. Brooks III, Esquire
                                              Florida Bar No.: 0136182
                                              Betty R. Fitterman, Esquire
                                              Florida Bar No.: 0627240
                                              THOMPSON & BROOKS
                                              412 E. Madison Street, Suite 900
                                              Tampa, Florida 33602
                                              Telephone: (813) 387-1821
                                              Telecopier: (813) 387-1824
                                              Attorneys for Creditor, GE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by this Court's CM/ECF electronic noticing system and/or by U.S. First Class Mail to the following

on this 11th day of October, 2010: THE DISBROW CORPORATION, 8412 Sabal Industrial Boulevard, Tampa, Florida 33619; Richard J. McIntyre, Esq., McIntyre, Panzarella, Thanasides & Eleff, 6943 East Fowler Avenue, Tampa, Florida 33617; and Benjamin E. Lambers, U.S. Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, Florida 33602; and to all Parties on the attached LBR 1007-2 Matrix.

*/s/Betty R. Fitterman*
Betty R. Fitterman, Esquire